No. 954. BENDER ET AL. *v.* WICKARD, SECRETARY OF AGRICULTURE. Argued June 1, 1943. Decided June 7, 1943. *Per Curiam:* The judgment is affirmed on the authority of *Wickard* v. *Filburn,* 317 U. S. 111. *Mr. William Lemke,* with whom *Messrs. Robert H. McNeill, Louis M. Day,* and *T. A. Billingsly* were on the brief, for appellants. *Solicitor General Fahy,* with whom *Assistant Attorney General Tom C. Clark* and *Messrs. Robert L. Stern, John S. L. Yost,* and *W Carroll Hunter* were on the brief, for appellee.

No. —. EX PARTE JOSEPH A. ZOHN. June 7, 1943. Application denied.